Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re __Sean Wells__,
            Debtor

Case No. __08-09824__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__      Check one ☐ With the filing of the petition, or
                            ☐ On or before _____
   $ __68.50__      on or before __6-2-08__
   $ __68.50__      on or before __6-16-08__
   $ __68.50__      on or before __6-30-08__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 21 2008

KENNETH S. GARDNER, CLERK
PS REP. - MBM

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    __Sean Wells__  __4-21-08__
Signature of Attorney             Date      Signature of Debtor       Date
                                            (In a joint case, both spouses must sign.)

Name of Attorney
                                            _____  _____
                                            Signature of Joint Debtor (if any)  Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re _____Jean Wells_____,
        Debtor

Case No. _08-09824_

Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐   With the filing of the petition, or
                             ☐   On or before _____

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: APR 21 2008

Kenneth S. Gardner, Clerk of the Court